■■■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENT A. KROEMER, Appellant, v TIMOTHY MURRAY, as Superintendent of Groveland Correctional Facility, Respondent. (Appeal No. 2.) [703 NYS2d 796] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Livingston County, Alonzo, J.—Reargument.) Present—Green, A. P. J., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.